Andrew Van Ornum (SBN 214040)
Robyn Sherain (SBN 172163)
VARELA, LEE, METZ & GUARINO, LLP
1111 Broadway, Ste. 2150
Oakland, California 94607-4083
Telephone:     415-623-7000
Email:         avanornum@vlmglaw.com
               rsherain@vlmglaw.com

Attorneys for Defendants and Counter-Claimant
WALSH FEDERAL, LLC and TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>For the Use and Benefit of:<br><br>MARTIN BROTHERS CONSTRUCTION, a California Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>WALSH FEDERAL, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 2:24-CV-01705-DJC-DB<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER**<br><br>Complaint Filed: June 13, 2024<br>Trial Date:         June 22, 2026 |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, which requires parties to seek leave of court for modifications to scheduling orders, Plaintiff and Counter-Defendant Martin Brothers Construction ("MBC"), Defendant and Counterclaimant Walsh Federal, LLC ("Walsh"), Defendant Travelers Casualty and Surety Company of America ("Travelers"), and Counter-Defendant Western Surety Company ("Western" and collectively with MBC, Walsh and Travelers, the "Parties"), through their respective attorneys of record, hereby submit the following stipulation to extend discovery deadlines.

**Recitals**

1.      On September 16, 2024, this Court issued a Scheduling Order ("Court Order") setting the following deadlines:

1

STIPULATION TO EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER

       a)        All fact discovery shall be completed by **July 18, 2025** (including completion of all depositions)

       b)        The parties shall disclose initial experts and produce reports by **August 15, 2025**.

       c)        Rebuttal experts shall be disclosed and reports produced on or before **September 12, 2025**.

       d)        All expert discovery shall be completed no later than **October 10, 2025**.

2.       The Parties agreed in principle to a mediation in this matter and are working to agree on a mediator with availability in fall 2025.

3.       Between February 21, 2025 and June 6, 2025, the Parties exchanged the majority of the documents to be produced. However, there is one more tranche of documents in process from Walsh concerning emails and electronically stored information (ESI), and both Parties need additional time to evaluate the documents produced in preparation for depositions and mediation.

4.       On or about May 19, 2025, MBC indicated its intent to take the depositions of several employees of Walsh and Walsh provided available dates for June 2025 and agreed tentative dates in late June and early July, although no deposition notices were served.

5.       On June 16, 2025, Walsh noticed the deposition of MBC's corporate designee ("MBC Rule 30(b)(6) deposition") and set the date of the deposition for July 18, 2025.

6.       The parties have agreed to continue the depositions of both Walsh's personnel and MBC Rule 30(b)(6) deposition to late July or early August 2025, to address the parties' and witnesses' summer schedules, but which is after the discovery deadline set by the Court's Scheduling Order.

7.       As a result, the Parties agree to extend each of the remaining discovery deadlines by four (4) weeks.

8.       All other deadlines in the Court Order shall remain the same.

9.       The Parties agree that good cause exists for the extension of the discovery deadlines for the following reasons:

       a)        The parties have been cooperatively working to collect and process

           necessary Electronically Stored Information (ESI) and respond to discovery to the various claims that are valued at approximately $1.5 million and involve significant construction records.

    b)    Through the collaborative process, the parties have engaged in cost effective review and processing of ESI and documentation, without need for Court intervention or motion practice.

    c)    The Parties have also been meeting and conferring on necessary depositions of party-affiliated witnesses.

    d)    Due to summer vacation schedules, deposition scheduling has not been completed but the parties plan to conduct the approximately 4-6 depositions by no later than the beginning of August;

    e)    The extension is intended to allow the completion of depositions, only, and will not affect or delay any hearings or other deadlines on the Court's calendar, but is solely to continue to allow the parties to collaboratively complete discovery.

## **Stipulation**

Accordingly, the Parties hereby stipulate and agree as follows:

1. To extend the fact discovery deadline to August 15, 2025 (4 weeks from the prior deadline);

2. To extend deadline for the initial disclosure of experts and production of expert reports to September 12, 2025 (4 weeks from the prior deadline);

3. To extend the deadline for disclosure of rebuttal experts and production of rebuttal expert reports to October 10, 2025 (4 weeks from the prior deadline); and

4. To extend the expert discovery completion deadline to November 7, 2025 (4 weeks from the prior deadline).

5. All remaining pretrial dates shall remain as set by the Court in its September 16, 2024 Scheduling Order.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: June 23, 2025 | **VARELA, LEE, METZ & GUARINO, LLP** |
| 2 | | |
| 3 | | By: /s/ Andrew Van Ornum |
| 4 | | Andrew Van Ornum |
| | | Robyn G. Sherain |
| 5 | | Attorneys for Defendants and Counter-Claimant WALSH FEDERAL, LLC and TRAVELERS CASUALTY AND SURETY OF AMERICA |
| 6 | | |
| 7 | Dated: June 23, 2025 | **DOWNEY BRAND, LLP** |
| 8 | | |
| 9 | | By: /s/ Matthew J. Weber |
| | | Matthew J. Weber |
| 10 | | Attorneys for Plaintiff and Counter-Defendants MARTIN BROTHERS CONSTRUCTION and WESTERN SURETY COMPANY |

STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER

# **ORDER**

Having read and considered the parties' Stipulation to Extend the Discovery Deadline for Limited Purpose, IT IS HEREBY ORDERED THAT:

1. The fact discovery deadline is extended to August 15, 2025;
2. The deadline for the initial disclosure of experts and production of expert reports is extended to September 12, 2025;
3. The deadline for disclosure of rebuttal experts and production of rebuttal expert reports is extended to October 10, 2025; and
4. The expert discovery completion deadline is extended to November 7, 2025.
5. All remaining pretrial dates shall remain as set by the Court in its September 16, 2024 Scheduling Order.

The extension of the deadline to take said deposition shall not be considered in determining whether there is good cause for the extension of any other deadlines set in this Court's September 16, 2024 Order.

**IT IS SO ORDERED.**


Dated:  June 23, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE