1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  mweber@downeybrand.com
   TYLER J. HORN (Bar No. 323982)
3  thorn@downeybrand.com
   3425 Brookside Road, Suite A
4  Stockton, California 95219
   Telephone:     209.473.6450
5  Facsimile:     209.473.6455

6  Attorneys for Plaintiff/Counter-Defendant
   MARTIN BROTHERS CONSTRUCTION and
7  Counter-Defendant WESTERN SURETY
   COMPANY

8

9

10                     UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

| 13 | UNITED STATES OF AMERICA,<br>For the Use and Benefit of: | Case No. 2:24-cv--01705-DJC-SCR |
|---|---|---|
| 14 | | **STIPULATION TO EXTEND** |
| 15 | MARTIN BROTHERS CONSTRUCTION, a<br>California corporation, | **OPPOSITION DEADLINE ON**<br>**DISPOSITIVE MOTION; ORDER** |
| 16 | Plaintiff, | Judge:   Hon. Daniel J. Calabretta |
| 17 | v. | Trial Date:         June 22, 2026 |
| 18 | WALSH FEDERAL, LLC; TRAVELERS<br>CASUALTY AND SURETY COMPANY OF | |
| 19 | AMERICA; and DOES 1 to 20, inclusive, | |
| 20 | Defendants. | |
| 21 | | |
| 22 | WALSH FEDERAL, LLC, | |
| 23 | Counterclaimant and<br>Third Party Claimant, | |
| 24 | v. | |
| 25 | MARTIN BROTHERS CONSTRUCTION, a<br>California corporation; and WESTERN | |
| 26 | SURETY COMPANY, | |
| 27 | Counter-Defendants and<br>Third Party Defendants. | |
| 28 | | |

5175240.2

1

STIPULATION TO EXTEND OPPOSITION DEADLINE; ORDER

Plaintiff and Counter-Defendant Martin Brothers Construction ("MBC"), Defendant and Counterclaimant Walsh Federal, LLC ("Walsh"), and Defendant Travelers Casualty and Surety Company of America ("Travelers"), and Counter-Defendant Western Surety Company ("Western") hereby stipulate to the timing of opposition to any dispositive motion.

**RECITALS**

1. Pursuant to this Court's September 16, 2024, Scheduling Order [Dkt. 13], any dispositive motions must be filed on or before December 19, 2025.

2. Walsh and Travelers have indicated they will be filing a dispositive motion on December 19, 2025.

3. Pursuant to Eastern District of California, Local Rule 230, subdivision (c), MBC and Western's opposition to any dispositive motion is due fourteen (14) days after the filing of the motion, or January 2, 2026.

4. Due to the upcoming holidays MBC's key personnel who are necessary to assist counsel with any opposition to a dispositive motion will be out of the Country starting next week through January 3rd.

5. Having MBC's key personnel out of the country and the two intervening holidays during the fourteen (14) day opposition window will impact MBC and Western's ability to prepare an opposition to Walsh's dispositive motion.

6. Given the above timing issues, the Parties agree to extend MBC and Western's time to oppose any dispositive motion filed by Walsh and/or Travelers as provided below.

**STIPULATION**

Accordingly, the Parties hereby stipulate and agree as follows:

   a) Walsh and/or Travelers will file and serve its dispositive motion by December 19, 2025.

   b) MBC and/or Western shall have until **January 9, 2026,** to file and serve any opposition to the dispositive motion.

   c) Walsh and/or Travelers' Reply shall be due ten (10) days after the filing of the opposition on **January 19, 2026**.

        d)    Given the above extension of the opposition and reply dates, the Parties have no objection to the Court continuing the hearing from February 5, 2026, for a brief period of time should the Court need additional time to decide the dispositive motion.

**IT IS SO STIPULATED.**

DATED: December 17, 2025        DOWNEY BRAND LLP

By:    */s/ Matthew J. Weber*
MATTHEW J. WEBER
TYLER J. HORN
Attorneys for Plaintiff/Counter-Defendant
MARTIN BROTHERS CONSTRUCTION and
Counter-Defendant WESTERN SURETY COMPANY

DATED: December 17, 2025        VARELA, LEE, METZ & GUARINO, LLP

By:    */s/ Robyn G. Sherain*
ANDREW VAN ORNUM
ROBYN G. SHERAIN
Attorneys for Defendants/Counter-Claimants
WALSH FEDERAL, LLC and TRAVELERS CASUALTY AND SURETY OF AMERICA

///

///

///

**ORDER**

Having read and considered the parties' Stipulation, IT IS HEREBY ORDERED THAT:

1. MBC and/or Western shall have until **January 9, 2026**, to file and serve any opposition to any dispositive motion filed by Walsh and/or Travelers.

2. Walsh and/or Travelers' Reply shall be due ten (10) days after the filing of the opposition on **January 19, 2026**.

3. Any motions shall be noticed for hearing on the Court's designated civil law and motion calendar no earlier than **February 19, 2026.**

4. All remaining pretrial dates shall remain as set by the Court in its September 16, 2024, Scheduling Order.

**IT IS SO ORDERED.**

Dated:  December 17, 2025            /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE