Andrew Van Ornum (SBN 214040)
Robyn Sherain (SBN 172163)
VARELA, LEE, METZ & GUARINO, LLP
1111 Broadway, Ste. 2150
Oakland, California 94607-4083
Telephone:      415-623-7000
Email:          avanornum@vlmglaw.com
                rsherain@vlmglaw.com

Attorneys for Defendants and Counter-Claimant
WALSH FEDERAL, LLC and TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
For the Use and Benefit of:

MARTIN BROTHERS CONSTRUCTION, a
California Corporation,

Plaintiff,

v.

WALSH FEDERAL, LLC; TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA; and DOES 1 through 20,
inclusive,

Defendants.

Case No. 2:24-CV-01705-DJC-DB

**STIPULATION TO CONTINUE TRIAL
AND PRETRIAL DATES AND
RELATED DEADLINES; ORDER**

Complaint Filed:  June 13, 2024
Trial Date:        June 22, 2026

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, which requires parties to seek leave of court for modifications to scheduling orders, Plaintiff and Counter-Defendant Martin Brothers Construction ("MBC"), Defendant and Counterclaimant Walsh Federal, LLC ("Walsh"), Defendant Travelers Casualty and Surety Company of America ("Travelers"), and Counter-Defendant Western Surety Company ("Western" and collectively with MBC, Walsh and Travelers, the "Parties"), through their respective attorneys of record, hereby submit the following stipulation to continue the trial and pretrial conference dates.

1.      On September 16, 2024, this Court issued a Scheduling Order ("Court Order") setting the following dates and deadlines, among others, in pertinent part as follows:

a)      "Final pretrial conference is set for **April 23, 2026 at 1:30 p.m.** in

5234161.1                                        1

STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER

Courtroom 10 before District Court Judge Daniel J. Calabretta….The parties are directed to file a **joint** pretrial statement…not less than seven (7) days prior to the Pretrial Conference…."

    b)    "A jury trial is set for **June 22, 2026 at 8:30 a.m**. in Courtroom 10 before District Court Judge Daniel J. Calabretta."

2.    The Motion for Partial Summary Judgment filed by Walsh and Travelers on December 19, 2025 ("MSJ") and was heard by the Court on February 19, 2026, and taken under submission. The Court's ruling on the MSJ is pending as of the date of execution of this Stipulation.

3.    The MSJ addressed whether the bulk of MBC's claims are waived or released under one or more theories, and the propriety of MBC's third claim for relief based on quantum meruit.  The ruling will determine the scope of the trial including matters to be addressed in the Joint Pretrial Statement such as the disputed factual and evidentiary issues, witnesses, and exhibits.

4.    The pending MSJ motion may also affect settlement discussions between the Parties.

5.    As a result, the Parties stipulate and agree that good cause exists for a continuance of the final pretrial conference and trial to a date that allows the Court to rule on the MSJ. The Parties believe that a continuance of the trial and pretrial conference will allow for a more efficient and cost effective litigation process for the Court and Parties. The Parties thereby stipulate and agree to continue the trial and pretrial conference, respectively, at least 90 days from their current dates or to dates thereafter that are convenient for the Court and will allow the Court to complete the ruling on the MSJ prior to Parties' deadlines associated with a pretrial conference and trial.

6.    All other deadlines in the Scheduling Order shall remain the same.

**IT IS SO STIPULATED.**

STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER

Dated: April 13, 2026                    **VARELA, LEE, METZ & GUARINO, LLP**

By: /s/ Andrew Van Ornum
    Andrew Van Ornum
    Robyn G. Sherain
    Attorneys for Defendants and Counter-Claimant
    WALSH FEDERAL, LLC and TRAVELERS
    CASUALTY AND SURETY OF AMERICA

Dated: April 13, 2026                    **DOWNEY BRAND, LLP**

By: /s/ Matthew Weber (as authorized by email dtd 4/10/26)
    Matthew J. Weber
    Attorneys for Plaintiff and Counter-Defendants
    MARTIN BROTHERS CONSTRUCTION and
    WESTERN SURETY COMPANY

5234161.1                                        3

## **ORDER**

Having read and considered the parties' Stipulation to Continue the Pretrial Conference and Trial Dates, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1.    The Pretrial Conference is continued to **July 16, 2026, at 1:30 PM**.

2.    The Trial is continued to **September 14, 2026, at 8:30 AM**.

3.    All remaining pretrial dates shall remain as set by the Court in the September 16, 2024 Scheduling Order.

**IT IS SO ORDERED.**

Dated:  April 13, 2026                                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

5234161.1                                                        4
STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER