Andrew Van Ornum (SBN 214040)
Robyn Sherain (SBN 172163)
VARELA, LEE, METZ & GUARINO, LLP
1111 Broadway, Ste. 2150
Oakland, California 94607-4083
Telephone:    415-623-7000
Email:        avanornum@vlmglaw.com
              rsherain@vlmglaw.com

Attorneys for Defendants and Counter-Claimant
WALSH FEDERAL, LLC and TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of:<br><br>MARTIN BROTHERS CONSTRUCTION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALSH FEDERAL, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-CV-01705-DJC-DB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES AND RELATED DEADLINES; ORDER**<br><br>Complaint Filed:  June 13, 2024<br>Trial Date:        September 14, 2026 |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, which requires parties to seek leave of court for modifications to scheduling orders, Plaintiff and Counter-Defendant Martin Brothers Construction ("MBC"), Defendant and Counterclaimant Walsh Federal, LLC ("Walsh"), Defendant Travelers Casualty and Surety Company of America ("Travelers"), and Counter-Defendant Western Surety Company ("Western" and collectively with MBC, Walsh and Travelers, the "Parties"), through their respective attorneys of record, hereby submit the following stipulation to continue the trial and pretrial conference dates.

1.      On September 16, 2024, this Court issued a Scheduling Order ("Court Order") setting dates and deadlines leading up to a scheduled jury trial on June 22, 2026.

1

2.    Walsh and Travelers filed a motion for summary judgment on December 19, 2025 ("MSJ") which was heard by the Court on February 19, 2026, and taken under submission.

3.    The MSJ addressed whether the bulk of MBC's claims are waived or released under one or more theories, and the propriety of MBC's third claim for relief based on quantum meruit.  The ruling will determine the scope of the trial including matters to be addressed in the Joint Pretrial Statement such as the disputed factual and evidentiary issues, witnesses, and exhibits.

4.    The MSJ motion may also affect settlement discussions between the Parties.

5.    Based on the pending MSJ, on April 14, 2026, the Court issued an Order continuing the trial and pretrial dates pursuant to the Parties' Stipulation, as follows:

a)  "The Pretrial Conference is continued to **July 16, 2026, at 1:30 PM**."

b)  "The Trial is continued to **September 14, 2026, at 8:30 AM**."

6.    The ruling on the MSJ remains pending. The bases for the Parties' stipulation and the Court's order granting the continuance in April 2026 remain valid as of this stipulation.  As a result, the Parties stipulate and agree that good cause exists for a further continuance of the final pretrial conference and trial to a date that allows the Court to rule on the MSJ. The Parties believe that a further continuance of the trial and pretrial conference will allow for a more efficient and cost effective litigation process for the Court and Parties. The Parties thereby stipulate and agree to further continue the trial and pretrial conference, respectively, at least 90 days from their current dates or to dates thereafter that are convenient for the Court and will allow the Court to complete the ruling on the MSJ prior to Parties' deadlines associated with a pretrial conference and trial.

7.    All other deadlines in the Scheduling Order shall remain the same.

**IT IS SO STIPULATED.**

///

///

///

///

STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER

Dated:  June 16, 2026          **VARELA, LEE, METZ & GUARINO, LLP**

By: _____

Andrew Van Ornum
Robyn G. Sherain
Attorneys for Defendants and Counter-Claimant
WALSH FEDERAL, LLC and TRAVELERS
CASUALTY AND SURETY OF AMERICA

Dated:  June 16, 2026          **DOWNEY BRAND, LLP**

By: _____

Matthew J. Weber
Attorneys for Plaintiff and Counter-Defendants
MARTIN BROTHERS CONSTRUCTION and
WESTERN SURETY COMPANY

STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER

**ORDER**

Having read and considered the parties' Stipulation to Continue the Pretrial Conference and Trial Dates, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1.    The Pretrial Conference is continued to October 15, 2026, at 1:30 PM.

2.    The Trial is continued to December 7, 2026, at 8:30 AM.

3.    All remaining pretrial dates shall remain as set by the Court in the September 16, 2024 Scheduling Order.

**IT IS SO ORDERED.**

Dated:  June 16, 2026                                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER